**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

YOYA'S MARKET and
ALMA VILLEZCAS, as manager,

       Plaintiff,

v.                                                                     CV No. 19-910 JAP/CG

UNITED STATES OF AMERICA,

       Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion for Extension of Time to Answer* (the "Motion"), (Doc. 8), filed February 4, 2020. In the Motion, Defendant requests an additional 30 days to answer Plaintiff's Complaint. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall file an Answer or otherwise respond to Plaintiff's Complaint no later than March 5, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE