# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

YOYA'S MARKET and
ALMA VILLEZCAS, as manager,

   Plaintiff,

v.               CV No. 19-910 JAP/CG

UNITED STATES OF AMERICA,

   Defendant.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court for scheduling. **IT IS HEREBY ORDERED** that:

(1) Plaintiff shall file a Motion challenging the Administrative Agency's decision with Supporting Memorandum on or before **June 1, 2020**;

(2) Defendant shall file a Response on or before **July 1, 2020**;

(3) Plaintiff may file a Reply on or before **July 15, 2020**;

(4) All supporting memoranda filed pursuant to this Order shall cite **ONLY** the relevant portions of record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5) **All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.** If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order to the Court for approval.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE