## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

YOYA'S MARKET and
ALMA VILLEZCAS, as manager,

       Plaintiff,

v.                                                CV No. 19-910 JAP/CG

UNITED STATES OF AMERICA,

       Defendant.

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION

**THIS MATTER** is before the Court on *Plaintiff's Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 17), filed June 1, 2020. In the Motion, Plaintiff requests an additional 30 days to file a motion challenging the administrative agency decision issued by the United States Department of Agriculture. (Doc. 17 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **July 1, 2020** to file a motion challenging the administrative agency's decision; Defendant shall have until **August 1, 2020**, to file a response; and Plaintiff shall have until **August 14, 2020** to file a reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE