IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

YOYA'S MARKET and
ALMA VILLEZCAS, as manager,

      Plaintiff,

v.                                           CV No. 19-910 JAP/CG

UNITED STATES OF AMERICA,

      Defendant.

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION

**THIS MATTER** is before the Court on Plaintiff's letter filed with the Court requesting an extension of time (the "Letter"), (Doc. 23), filed August 13, 2020. In the Letter, Plaintiff requests an additional seven days to file his Reply in support of his Motion challenging the administrative agency decision issued by the United States Department of Agriculture. (Doc. 23 at 1). The Court, having reviewed the Letter and noting it is unopposed, finds the Letter is well-taken and the relief requested therein shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **August 21, 2020**, to file his Reply in support of his Motion challenging the administrative agency's decision.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE