# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

YOYA'S MARKET and
ALMA VILLEZCAS, as manager,

      Plaintiff,

v.                                                                           No. CV 19-910 JAP/CG

UNITED STATES OF AMERICA,

      Defendant.

## ORDER RESETTING TELEPHONIC STATUS CONFERENCE

**IT IS HEREBY ORDERED** that the previously scheduled status conference set for **Wednesday, June 30, 2021, at 1:30 p.m.** is **RESET** for **Wednesday, June 30, 2021, at 11:00 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE